UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD COX, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AERO AUTOMATIC SPRINKLER COMPANY,<br><br>　　　　Defendant. | Case No.  5:14-cv-02723-EJD<br><br>**ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Re: Dkt. No. 51 |

　　　The court has been advised that Plaintiffs accepted Defendant's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.  See Docket Item No. 51.  Accordingly, Defendant shall file a proposed judgment or judgments consistent with the terms of Plaintiffs' acceptance on or before **June 30, 2015.**

　　　**IT IS SO ORDERED.**

Dated:  June 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge