SEYFARTH SHAW LLP
Francis J. Ortman (SBN 213202)
Email: fortman@seyfarth.com
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
Email: cturner@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
AERO AUTOMATIC SPRINKLER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COX, RON GADDINI, RICKY NIES, RICHARD JACKSON, JR., DOYLE SETTLEMEYER, and JOHNNY JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>AERO AUTOMATIC SPRINKLER COMPANY and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:14-cv-02723 EJD<br><br>**NOTICE OF WITHDRAWAL OF SEYFARTH SHAW LLP AS COUNSEL OF RECORD FOR DEFENDANT AERO AUTOMATIC SPRINKLER COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed: June 12, 2014 |

TO THE HONORABLE DISTRICT COURT, PLAINTIFFS, DEFENDANT, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5, the law firm of Seyfarth Shaw LLP herby withdraws as counsel of record for Defendant Aero Automatic Sprinkler Company.

Therefore, Francis J. Ortrman III, Eric M. Lloyd and Coby M. Turner should no longer receive notifications for this case through the Court's Electronic Case Filing System. The law firm of Baker & McKenzie LLP shall continue representing Defendant in this case.

DATED: July 1, 2015

Respectfully submitted,
SEYFARTH SHAW LLP

By:  /S/ Eric M. Lloyd
Francis J. Ortman III
Eric M. Lloyd
Coby M. Turner
Attorneys for Defendant
AERO AUTOMATIC SPRINKLER COMPANY

**~~PROPOSED~~ ORDER**

Pursuant to Civil Local Rule 11-5, Seyfarth Shaw LLP is hereby permitted to withdraw from its representation of Defendant Aero Automatic Sprinkler Company in this case.

**IT IS SO ORDERED.**

DATED:  7/2/2015

Honorable Edward J. Davila
Judge of the United States District Court

20288174v.1 / 020275-000239